**Order filed December 2, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00341-CR
_____

**JEREMY HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1389372**

## ORDER

Appellant is represented by appointed counsel, Tonya Rolland McLaughlin. Appellant's brief was originally due August 21, 2015. We have granted a total of 90 days to file appellant's brief until November 23, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On November 23, 2015, counsel

filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Tonya Rolland McLaughlin to file a brief with the clerk of this court on or before **December 16, 2015**. If counsel does not timely file appellant's brief as ordered, this court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.